IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR WILLIAMS, individually, and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ECOLAB INC,<br><br>        Defendant. | Case No. 21-CV-695<br><br>Hon. Joan H. Lefkow<br><br>Magistrate Judge Sunil R. Harjani |

## **DEFENDANT ECOLAB INC.'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(h)(3), (b)(1) and (b)(6), Defendant Ecolab Inc. ("Ecolab") moves this Court to dismiss Plaintiff Victor Williams' Complaint in its entirety. Specifically, Plaintiff's claims under the Illinois Biometric Information Privacy Act are a labor dispute between an employer subject to the Labor Management Relations Act and a union-represented employee, such that this Court lacks subject-matter jurisdiction. *See Miller v. Southwest Airlines Co.*, 926 F.3d 898, 901 (7th Cir. 2019). Alternatively, Plaintiff's claims are barred by the exclusivity provision of the Illinois Workers' Compensation Act and are time-barred. For all these reasons, set forth in more detail in Ecolab's Memorandum in Support of its Motion to Dismiss, Ecolab respectfully requests that this Court dismiss all of Plaintiff's claims.

Dated: February 12, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/   Efrat R. Schulman
　　　　　　　　　　　　　　　　　　　　Michael J. Gray
　　　　　　　　　　　　　　　　　　　　mjgray@jonesday.com
　　　　　　　　　　　　　　　　　　　　Efrat R. Schulman
　　　　　　　　　　　　　　　　　　　　eschulman@jonesday.com
　　　　　　　　　　　　　　　　　　　　Elsa Andrianifahanana
　　　　　　　　　　　　　　　　　　　　eandriani@jonesday.com
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　77 West Wacker, Suite 3500
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601.1692
　　　　　　　　　　　　　　　　　　　　Telephone: +1.312.782.3939

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Ecolab Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                /s/  Efrat R. Schulman
                Efrat R. Schulman
                *One of the attorneys for Defendant Ecolab*