# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Victor Williams,

Plaintiff,

v.

Ecolab Inc.,

Defendant.

Case No. 21 C 695
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiffs
and against defendants
in the amount of

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge Joan Humphrey Lefkow without a jury and the above decision was reached.
☒ decided by Judge Joan Humphrey Lefkow on a motion to dismiss.

Date: 8/19/2021

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk